# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 3 1 2015


JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

RICKY D. NELSON #822394
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

**4:15-CV-0162**

JOHNNIE L. CALDWELL JR,
WALLY BROWN,
MYRTLE F. PEEPLER, ET,AL.
(Enter above the full name of the defendant(s).)

### I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

  Yes ( )    No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit:

     Plaintiff(s): _____
     _____

     Defendant(s): _____
     _____

  2. Court (name the district):
     _____
     _____

  3. Docket Number: _____

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: _____

    5. Did the previous case involve the same facts?

        Yes ( )    No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

        _____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: **S.M.U. LOCKDOWN UNIT**

    B. Is there a prisoner grievance procedure in this institution?

        Yes (✓)    No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes ( )    No (✓)

    D. If your answer is YES:
        1. What steps did you take and what were the results?

        2. If your answer is NO, explain why not: **NON-GRIEVABLE MATTER.**

Rev. 12/5/07

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: **RICKY D. NELSON**

Address(es): **P.O. BOX 668**
**777 UNDERWOOD DRIVE**
**TRION, GEORGIA 30753**

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): **JOHNNIE L. CALDWELL JR, WALLY BROWN, MYRTLE F. PEEPLER, ET, AL.**

Employed as **DISTRICT ATTORNEY, DETECTIVE, SUPERIOR COURT CLERK,**

at **132 E. SOLOMON STREET, GRIFFIN, GA 30224**
**868 W. POPLAR STREET, GRIFFIN, GA 30224**
**P.O. BOX 1046 GRIFFIN, GA 30224**

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

**---SEE, IV. STATEMENT OF CLAIM, ATTACHMENT (4 OF 4) PAGES---**

**--BEHIND THIS PAGE--**

**-ATTACHED-**

Rev. 12/5/07

IV. STATEMENT OF CLAIM., ATTACHMENT (1 OF 4) PAGES

--- CLAIM #1. ON OCTOBER 5TH DAY OF THE YEAR 1994 DISTRICT ATTORNEY JOHNNIE L. CALDWELL, JR WITH THE AIDE OF CO-DEFENDANT(S) PROSECUTING DETECTIVE WALLY BROWN AND THE SPALDING COUNTY COURT DEPUTY CLERK MYRTLE F. PEEPLER CONSPIRED WITHIN ACT UNDER COLOR OF STATE LAW, AND RECKLESSLY IN ACTS TO DISREGARD OF THEIR OATH OF OFFICIAL PUBLIC OFFICE AS A JUSTICE OF THE PEACE, AND VIOLATED OFFENSES INVOLVING PUBLIC RECORDS, FALSELY IMPRISONMENT UNDER COLOR OF LEGAL PROCESS. THAT EXCEEDS ACTS THAT INFRINGE UPON CONSTITUTIONALITY OF THE PROCEDURES DEPRIVATION AGAINST PLAINTIFF, RICKY D. NELSON ON FRAUDULENT PRACTICE TO THE CLAUSE ON VIOLATING THE FRAUD AND NON-AMENDABLE DEFECT WHICH APPEARS ON THE FACE OF THE RECORD OR PLEDINGS.

--- BY ILLEGALLY ENDORSING ACCUSATION NO: 94R-784, AN ALLEGING IT TO PURPORTING TO BE A INDICTMENT. THIS ILLEGALLY ENDORSED INDICTMENT SHOWS ON ITS FACE THAT IT WAS ENDORSED AS A TRUE BILL BY AN ALLEGED JOHN J. ROBERTS AS THE FOREMAN, COSIGNED BY WALLY BROWN AS THE PROSECUTOR AND DISTRICT ATTORNEY JOHNNIE L. CALDWELL, JR WITH THE DEPUTY CLERK MYRTLE F. PEEPLER OF THE SPALDING COUNTY SUPERIOR COURT ON OCTOBER 5TH 1994, CLERK-SEAL ATTACHED FILED IN THE CLERK'S OFFICE UNDER DECEPTIVE PRACTICE-

IV. STATEMENT OF CLAIM., ATTACHMENT (2 OF 4) PAGES.

--- ON CLAUSE VIOLATION TO FRAUD AND NON-AMENDABLE DEFECT WHICH APPEARS ON THE FACE OF THE RECORD OR PLEADINGS AGAINST PLAINTIFF RICKY D. NELSON.

--- WHEREAT, ON A F.O.I.A. THE PLAINTIFF RICKY D. NELSON SENT THE CRIMINAL CLERKS OFFICE OF SPALDING COUNTY REQUESTING A OFFICIAL COPY OF INDICTMENT NO: 94R-784, GRAND JURY FOR MINUTES, ID AT 33.11. IT WAS RESPONDED TO BY CLERK OF SUPERIOR COURT MARICIA L. NORRIS, ON 31ST OF OCTOBER, 2014, STATING: THE DISTRICT ATTORNEY OFFICE HOILDS ALL GRAND JURY PROCEEDINGS. THIS OFFICE DOES NOT HAVE ANY OF THIS INFORMATION. ETC, ETC.

--- HOWEVER, PLAINTIFF RICKY D. NELSON SENT IN A SECOND ATTEMPT TO CONFIRM LETTER ACCURACY FROM MARCIA L. NORRIS ON JUNE 18TH 2015, AND THE CLERK OF COURT RESPONDED BY SENTING REQUEST #2 TO GEORGIA OPEN RECORDS ACT. A COPY OF THE CRIMINAL DOCKET ENTRY SHEET THAT PROVIDES A SHOWING TO ALL MAJOR EVENTS TOOK PLACE IN ACCUSATION CASE NO: 94R-784, AND THEY'RE NO SHOWING TO ANY ASPECTS A GRAND JURY SESSION TOOK PLACE AND MINUTES ENTERED INTO THE RECORD.

--- AND IT IS NOW JUSTIFICATION BEYOND A REASONABLE DOUBT, CLEARY CONFIRMED IN THIS SECOND RESPOND BY THE CRIMINAL CLERK MARCIA L. NORRIS ON JUNE 26TH 2015 2ND OPINION OF OFFICIALITY, AND BASED UPON THIS FOLLOWING

IV. STATEMENT OF CLAIM., ATTACHMENT (3 OF 4) PAGES.

--- AFORE PROPONDERANCE OF "NEWLY DISCOVERED EVIDENCE" THAT IT IS NOT NO RECORD TO ENTRY OF MINUTES AND FINAL RECORD.

--- TO STATEMENT OF PROCEEDINGS TO CASE AND FINDING OF THE GRAND JURY TO CASE NO: 94R-784, INDICTMENT IS VOID. WITHOUT THE ENTRY OF MINUTES AND FINAL RECORD TO GRAND JURY IN THE CLERK'S OFFICE TO CONFIRM LEGALITY THAT THE PERSON LISTED ON PAGE TWO (2) OF THE ALLEGED INDICTMENT NO: 94R-784, AS THE OCTOBER TERM 1994 GRAND JURY WERE LEGALLY SUMMONED, SWORN, AN CHARGED PRESENT, AND IN SESSION ON OCTOBER 5TH 1994. IN THE AFORE SUPERIOR COURT OF SPALDING COUNTY, GEORGIA AND LEGALLY RETURNED IN OPEN COURT, TO-WIT; INDICTMENT NO: 94R-784, AS A TRUE BILL FOR THE CHARGED OFFENSE(S) OF COUNT 1: FELONY MURDER, AND COUNT 2: MALICE MURDER, "AND THE LACK OF JURISDICTION CONFIRMED."

--- THAT WAS NEVER LEGALLY ENTERED OFFICIALLY IN THE MINUTES AND FINAL RECORD. HERE-IN PLAINTIFF RICKY D. NELSON CLEARLY CONFIRMS THIS FALSE INDICTMENT FAILS TO ESTABLISH IN PERSONAL JURISDICTION OVER PLAINTIFF NOR SUBJECT MATTER JURISDICTION IN THIS AFORE CASE.

--- THEREBY, RENDERING THE ILLEGALLY FILED FALSE INDICTMENT ABSOLUTE VOID ON ITS FACE AND ANY AN ALL JUDGMENT AGAINST PLAINTIFF RICKY D. NELSON VOID.

### IV. STATEMENT OF CLAIM., ATTACHMENT (4 OF 4) PAGES.

--- FOR LACK OF JURISDICTION TO PERSON AND SUBJECT MATTER JURISDICTION TO THE ILLEGALLY ENDORSED AND FILED ACCUSATION ONLY A PIECE OF PAPER PURPORTING TO BE AN INDICTMENT." <u>ITS ABSOLUTE VOID AND MUST BE QUASHED</u>."

--- CLAIM #2. ON FEBRUARY 22ND 1995 DISTRICT ATTORNEY <u>JOHNNIE L. CALDWELL JR</u> USED THE ILLEGALLY ENDORSED AND FILED FALSE ACCUSATION PURPORTING TO BE AN INDICTMENT" WHICH DEFECT APPEARS ON THE FACE OF THE RECORD," CLEARLY FAILS TO STATE A CRIME OCCURED AT ANYTIME OF A PLACE OF LOCATION. AND USED IT TO CARRY OUT HIS ACTS UNDER COLOR OF STATE LAW A LITTLE OVER YEAR LATER TO PLAINTIFF TURNING (18) YRS OF AGE, BY AN OFF THE RECORD DEATH THREAT TO PLAINTIFF AND FAMILY TO USE (15) FIFTEEN RELIABLE WITNESSES (8) EIGHT OF THEM LAW ENFORCEMENT AGENTS TO EXECUTE THE DEATH PENALTY IF STATE'S LIFE IMPRISONMENT PLEA AGREEMENT DECLINED. BEING THAT THE PLAINTIFF <u>RICKY D. NELSON</u> WAS SEDATED ON A HEAVY DOSE OF MH/MR DRUGS INDUCEMENT AND THE DA <u>JOHNNIE L. CALDWELL JR</u> OFF THE RECORD DEATH THREAT AND SEEING MY FAMILY CRYING AND PLEADING TO TAKE THE D.A.'S WORDS SERIOUS, PLAINTIFF <u>RICKY D. NELSON</u> UNINTENTIONALLY ACCEPT THE STATE'S FORCIBLE PLEA AGREEMENT, TO BEING FALSELY IMPRISONED IN VIOLATION DUE PROCESS THROUGH ACTS UNDER COLOR OF LEGAL PROCESS UPON A VOID ACCUSATION PURPORTING TO BE AND INDICTMENT. <u>(SEE EXHIBITS BEHIND THIS PAGE UN-NUMBERED)</u>"

FILED & RECORDED
CLERK, SUPERIOR COURT
SPALDING COUNTY, GA.

# FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

2014 OCT 31 PM 1 24

BY L. NORRIS, CLERK

To: Clerk of Superior Court  From: Nelson Rickey #822394
132 East Solomon Street  Hays State Prison P.O Box 668
PO Box 1046  Trion, Georgia 30753-0668
Griffin, Ga 30224

PURSUANT TO TITLE 5, UNITED STATES CODE, ACT 5, U.S.C. § 552, (1982 and supp. IV 1986) SECTIONS 552, 552 (a), (b), (c), I the undersigned, identified as above, respectfully request the following information:

Documentation Pertaining to Return of Indictment 94R784 by the May 10, 1994 Term Grand Jury; Record of minutes, Proceeding showing the Date, time, and Place that the May 1994 term grand Jury was In Sessions, sworn In and charged, Any summons ordered by the Judge Ordering the People listed on page two of Indictment 94R784 to Apper In court, and Any all Nunc Pro Tunc orders.

I would also like to have a copy of the following rules and regulations for your agency as provided for by the Freedom of Information/Privacy Acts, as amended by Public Law 93-502, 88 Statute 1561.

If for any reason any of the above described information or material is deemed to be non-releasable, please specify the statutory and regulatory reason(s) and the name and title of the person(s) making such decisions.

Your kind reply within the next ten (10) working days would be very much appreciated. In the event that I do not receive any reply within that time, I will deem this formal request as denied and will have no alternative option but to seek access to the requested information and material through the appropriate judicial remedies.

Respectfully submitted,

Nelson Rickey

Sworn and subscribed before me this ___ 2014

Carole P.

Notary Public, Floyd County Gea
My commission Expires Feb 14,

[Handwritten note:] The District Attorney's office holds all Grand Jury proceedings. This office does not have any of this information. It is my understanding that this information is sealed and not available, but you can write to the District Attorney to discuss this.

requester appeared before , he claims to be.

# SCOTT BALLARD
## DISTRICT ATTORNEY
### GRIFFIN JUDICIAL CIRCUIT

SPALDING COUNTY COURTHOUSE
132 E. SOLOMON STREET

GRIFFIN, GA 30224
(770) 467-4310
FAX (770) 467-4205

SUPERIOR COURTS
FAYETTE COUNTY
PIKE COUNTY
SPALDING COUNTY
UPSON COUNTY

June 25, 2015

Ricky Nelson
#822394
Hays State Prison
Trion, Georgia 30753

Dear Mr. Nelson:

    Thank you for your request received on June 24, 2015 by the Spalding County District Attorney's Office. Please be aware of the following.

    Firstly, our office cannot provide you with a copy of the pleading transcript. Those documents will need to be requested from the Court Reporter that recorded the pleading(s).

    Secondly, a copy of the Indictment itself may be requested from the Clerk of Court.

    Thirdly, no documents exist regarding, "grand jury minutes to statement of proceedings to sworn grand jury findings." All Grand Jury proceedings are secret, no minutes and/or statements of proceedings exist. A True Bill of Indictment or a No Bill is the proof of the findings of the Grand Jury.

    Finally, a request has been made to obtain your casefile from our file storage facility. When and if your file is returned to our office, you will be required to pay for your copies in advance of their production. If your file is obtained, you will be sent an estimated cost of production. Payment may be made by check or money order made payable to the District Attorney's Office.

    Thank you for your request.

Respectfully,

*Alicia Mandin-Howard*

Alicia Mandin-Howard,
Paralegal,
District Attorney's Office

amh/cc file

| SPALDING County Superior Court | **Griffin** | INV. WALLY BROWN |
|---|---|---|
| OCTOBER Term, 19 94 | **Judicial** | Prosecutor _True_ Bill |
| No. 94R-784 | **Circuit** | Foreman _John J Roberts_ |

Sentence Review 3-15-95
OTN 49409102

JOHNNIE L. CALDWELL, JR.
District Attorney

**State of Georgia**
vs.

RICKY DANNELL NELSON Reg

**Charge:**

COUNT 1: FELONY MURDER
COUNT 2: MALICE MURDER

**Witnesses**
*indicates Grand Jury Witness

INV. WALLY BROWN*
CAPTAIN W. O. ELLIS
SERGEANT FRANK WAITS
OFFICER DONALD BUFFINGTON
OFFICER ED BROWN
OFFICER D. ERDMAN
OFFICER MARK WARD
OFFICER J. R. RIGGINS
Griffin Police Dept.

TRINA McCRARY
805 Apt. 3 Sunshine Drive
Griffin, GA

KESA YARBOROUGH
613 Poole Road, Apt. 1
Griffin, GA 30223

TWANDA MICHELLE WARD
561 North 6th Street
Griffin, GA 30223

DR. MICHAEL H. WEBB
Spalding Regional Hospital
601 South 8th Street
Griffin, GA 30223

BABY DOLL AMBLES
Sunshine Apt. 3, 836
Griffin, GA

RECORDED
MINUTE BOOK 195
PAGE 762

SABRINA TRICE
1046 W. College
Griffin, GA

Returned in open court this 5 day of October, 1994.
_Myrtle F. Peoples_ Clerk, Superior Court

DR. DAVID BARNETT
Emory Hospital
Atlanta, GA
1-25-95

**Plea of Defendant**

The defendant(s) RICKY DANNELL NELSON _____ waives formal arraignment and plead(s)
NOT GUILTY
This 5TH day of DECEMBER, 1994.

_Rickey Nelson_
Defendant

_____
Defendant

(Assistant) District Attorney

_Tammy M. Griner_
Defendant's Attorney

_____
Defendant's Attorney

**Verdict**

We, the jury, find the defendant _____

This _____ day of _____, 19___.

_____
Foreperson

# BILL OF INDICTMENT

GEORGIA, _____SPALDING_____ COUNTY:

## IN THE SUPERIOR COURT OF SAID COUNTY

The Grand Jurors, selected, chosen, and sworn for the County of _____SPALDING_____, to wit:

1. John J. Roberts, Foreman

2. Hulon C. Chancey
3. Sidney R. Esary
4. Phillip L. White
5. Barbara Ryan
6. Walter L. Glass
7. Thomas Hodges
8. Guy J. Greene
9. Leslie M. Avery
10. Robert L. Rogers
11. Mavis S. Johnson
12. Grady F. Duke
13. Zell Allen
14. James E. Walker
15. Glenn Williams
16. Nina W. Jones
17. Henry D. Tennent
18. Bertha M. Goolsby
19. William T. Moore
20. Dorothy G. McPherson
21. Emma P. Morgan
22. Clarence Turner, Jr.
23. Douglas L. Morris, Jr.

In the name and behalf of the citizens of Georgia, charge and accuse **RICKY DANNELL NELSON**

with the offense of **FELONY MURDER**

for that the said **RICKY DANNELL NELSON** in the County and State aforesaid, on the **14TH** day of **MAY**, in the Year of Our Lord Nineteen Hundred and **NINETY-FOUR**, did while in the commission of a felony, to-wit: Aggravated Assault, did unlawfully make an assault upon the person of Dwayne Edward Yearta, with a certain gun, a deadly weapon, and cause the death of said Dwayne Edward Yearta, a human being, by shooting the said Dwayne Edward Yearta with said gun, contrary to the laws of said State, the good order, peace and dignity thereof.

COUNT 2: And the Grand Jurors aforesaid, in the name and behalf of the Citizens of Georgia further charge and accuse the said RICKY DANNELL NELSON with the further offense of MALICE MURDER, for that the said accused in the County aforesaid, on the 14th day of May, 1994, did unlawfully and with malice aforethought cause the death of Dwayne Edward Yearta, a human being, by shooting him with a gun,

contrary to the laws of said State, the good order, peace and dignity thereof.

JOHNNIE L. CALDWELL, JR.
District Attorney

## "AFFIDAVIT OF ILLEGALITY"

I, RICKY D. NELSON, PLAINTIFF HEREBY UNDER OATH AN DEPOSE AND SAYS: WHEREAS - AFFICANT TO THE ABOVE STYLED AFFIDAVIT OF ILLEGALITY INVOKES HIS 1ST AMENDMENT RIGHT TO PETITION THE FEDERAL GOVERNMENT FOR REDRESS GRIEVANCE UNDER THE 14TH AND 5TH AMENDMENTS, RETAINED BY FALSELY IMPRISONED PLAINTIFF, RICKY D. NELSON.

WHICH - SUBJECT MATTER OF AFFIDAVIT OF ILLEGALITY ARE CONSISTENT WITH THE ELEMENTS OF A ESTOPPEL CERTIFICATE CLAIM TO GOVERNMENTAL OFFICERS OF THE SPALDING CO., COURT OFFICIALS AS STATED HEREIN, RESPONSES LETTER-HEADS VERIFY "NEWLY DISCOVERED EVIDENCE" ACCURACY;

1. SUPERIOR COURT CLERK, MARCIA L. NORRIS, (1A) DATED OCTOBER 31ST 2014; (1b) JULY 29TH 2015. (AFFICANT UNABLE TO COPY.)
2. DISTRICT ATTORNEY OFFICE PARALEGAL ASSIST, ALICIA MANDIN - HOWARD, (2A) DATED JUNE 25TH 2015.

SO THAT IT CAN NOT LATER CLAIM A DIFFERENT STATE OF FACTS, "WAIVER OF DEFENSES."

WHEREAT - ON THE FACE OF THE RECORD TO NONAMENDABLE DEFECT THAT APPEARS IN THE PRESENT CASE CLEARLY CONSTITUTE ILLEGAL FALSE IMPRISONMENT TO A CHARGE OF FELONY MURDER, THAT DOES NOT RECITE **ALL** THE ESSENTIAL ELEMENTS, BUT TO-WIT: AGGRAVATED ASSUALT AS CT(1) CHARGE. NOT FELONY MURDER OR ITS O.C.G.A. § CODE TO FELONY MURDER TO THE PRESENT VIOLATION OF THE CONSTITUTIONALITY OF THE PROCEDURES.

(1 OF 2.)

---CONT'D; TO STATE COURT ADMINISTRATIVE OFFICIALS. RELIEF FROM ILLEGALITY JUDGMENT CRIMINAL RULE 7-8/60 B(4)(6) FEDERAL STATUE. PLAINTIFF RICKY D. NELSON RIGHT TO KNOW THE NATURE AND CAUSE AN RIGHT NOT TO BE DENIED DUE PROCESS OF LAW; SEE; ATTORNEY VS UNITED STATES, 52 L.E.D 2D 651 (1997.)

WHEREAT- IF THE INDICTMENT IS NOT STATED IN THE LANGUAGE OF THE CODE OF OFFENSE, IT MUST ALLEGE EVERY ESSENTIAL ELEMENT OF CRIME CHARGED. SEE; CAPITOL DISTRIB, CO. V. STATE, 635 S.E. 2d 451 (1951.); U.S V. COTTON, 535 U.S. 625, 630 (2002.)

WHEREAT- FAILURE TO CHARGE ESSENTIAL ELEMENTS OF THE CRIME; THERE CAN BE NO CONVICTION FOR THE COMMISSION OF A CRIME. SEE; STEELE V. STATE, 267 S.E. 2d 500 (1980), U.S V. GATEWOOD, 173 F.3d 983, 986 (6TH CIR 1999.)

WHEREAT- OFFENSE, TIME, AND PLACE OF LOCATION TO CRIME MUST BE SET OUT IN ALLEGED INDICTMENT WITH SUFFICIENT CERTAINTY. SEE; LYLES V. STATE, 109 S.E. 2d 785 (1959.) FED. R. CRIM. P. 12 (B)(3)(B); SEE; U.S V. ROSA-ORTIZ, 348 F.3d 33, 36 (1ST CIR 2003.)

WHEREFOR, PLAINTIFF PRAYS THE AFORE ILLEGALLY ENDORSED ACCUSATION PURPORTING AN INDICTMENT IMMEDIATELY QUASHED, AND AFORE AFFIDAVIT OF ILLEGALITY IS GRANTED.

I DECLARE UNDER PENALTY OF PERJURY THAT FOREGOING IS TRUE AND CORRECT,

THIS 25th DAY OF August 2015

x Mr. Ricky Nelson

(2 OF 2.)   RESPECTFULLY SUBMITTED

## IV. Statement of Claim (Cont'd)

## V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

1. I WANT THIS HONORABLE COURTS TO FILE A CIVIL RIGHTS LAWSUIT CHALLENGING THE CONSTITUTIONALITY OF THE PROCEDURES ON THE BEHALF OF PLAINTIFF RICKY D. NELSON DEPRIVATION TO HIS CONSTITUTIONAL RIGHTS AGAINST FRAUD AND VIOLATION OF NON-AMENDABLE DEFECT WHICH APPEARS ON THE FACE OF THE RECORD OR PLEADINGS; AND,

2. I WANT THIS HONORABLE COURTS TO GRANT THE PLAINTIFF RICKY D. NELSON AN INJUNCTION ORDER AGAINST THE ILLEGALLY ENDORSED AND FILED INDICTMENT AN SET ASIDE VOID JUDGMENT-

V.     Relief (Cont'd)

— AS NULLITY, REMANDING PRESENT CASE BACK BEFORE LOWER TRIAL COURTS FOR PROPER RESEN-TINGS.

3. I WANT THIS HONORABLE COURTS TO GRANT AN INFORMAL INJUNCTION ORDER SECURING THE AFORE PLAINTIFF RICKY D. NELSON UNCONDITIONAL RELEASE AGAINST THE UNCONSTITUTIONAL ILLEGAL RESTRAINT'S TO FALSE IMPRISONMENT PROCURED BY A FALSELY ENDORSED AND FILED INDIC-

R.D.N. ▮▮▮▮▮▮▮▮ A.D.N. -TMENT.

Signed this __25th__ day of __August__, 20 __15__.

_M. Ricky Nelson_
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Trion__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __8/25/2015__
(Date)

_M. Ricky Nelson_
Signature of Plaintiff

Rev. 12/5/07